PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00127-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION BRIEFING SCHEDULE |
| v. | |
| MARIO ANTONIO SALCIDO, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

**STIPULATION**

1. The defendant filed a motion to suppress on July 6, 2022. Docket No. 26. By previous order, the government's response is due August 1, 2022, with any reply from the defendant due on August 22, 2022 and a hearing on the motions on September 6, 2022.

2. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate the motion briefing schedule be continued and set as follows:

| | |
|---|---|
| Government's opposition due: | **August 29, 2022** |
| Defense replies due: | **September 19, 2022** |
| Hearing on motions | **October 24, 2022** |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties also agreed that the status conference currently set for September 14, 2022, be continued until November 9, 2022.

4. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, shall be excluded on the following bases:

a. Counsel for defendant requires additional time to review discovery, consult with his client, conduct necessary investigation, conduct settlement negotiations, and draft the reply to the government's opposition. Counsel for defendant believes that failure to grant a continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

b. The period of delay resulting from the filing of the motion to suppress, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

c. Further, the parties stipulate that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (iv), time shall be excluded in the interest of justice from September 14, 2022 up to November 9, 2022, to permit review of discovery, investigation, drafting and filing of motions and hearing on the motions, settlement negotiations and preparation for trial.

d. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 1, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  August 1, 2022 | /s/ TIMOTHY P. HENNESSY<br>TIMOTHY P. HENNESSY<br>Counsel for Defendant<br>MARIO ANTONIO SALCIDO |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 14, 2022, to **November 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 3161 (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (iv). The motion briefing schedule be continued and set as follows:

| | |
|---|---|
| Government's opposition due: | August 29, 2022 |
| Defense replies due: | September 19, 2022 |
| Hearing on motions | **October 24, 2022, at 9:00 am** |
| | **before District Judge Dale A. Drozd.** |

IT IS SO ORDERED.

Dated:   **August 1, 2022**          /s/ *Barbara A. McAuliffe*  
                                                                    UNITED STATES MAGISTRATE JUDGE