PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00127-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION BRIEFING SCHEDULE |
| v. | |
| MARIO ANTONIO SALCIDO, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

**STIPULATION**

1. The defendant filed a motion to suppress on July 6, 2022. Docket No. 26. By previous order, the government's response is due August 29, 2022, with any reply from the defendant due on September 19, 2022 and a hearing on the motions on October 24, 2022.

2. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate the motion briefing schedule be continued and set as follows:

| | |
|---|---|
| Government's opposition due: | **December 30, 2022** |
| Defense replies due: | **January 16, 2023** |
| Hearing on motions | **January 30, 2023** |

1

3. The parties also agreed that the status conference currently set for November 9, 2022, be continued until February 22, 2023.

4. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, shall be excluded on the following bases:

    a. Counsel for defendant requires additional time to review discovery, consult with his client, conduct necessary investigation, conduct settlement negotiations, and draft the reply to the government's opposition. Counsel for defendant believes that failure to grant a continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    b. The period of delay resulting from the filing of the motion to suppress, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

    c. Further, the parties stipulate that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (iv), time shall be excluded in the interest of justice from November 9, 2022 up to February 22, 2023, to permit review of discovery, investigation, drafting and filing of motions and hearing on the motions, settlement negotiations and preparation for trial.

    d. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///

IT IS SO STIPULATED.

Dated:  August 26, 2022                  PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ ANTONIO J. PATACA
                                                              ANTONIO J. PATACA
                                                              Assistant United States Attorney


Dated:  August 26, 2022                  /s/ TIMOTHY P. HENNESSY
                                                              TIMOTHY P. HENNESSY
                                                              Counsel for Defendant
                                                              MARIO ANTONIO SALCIDO

**ORDER**

Based on the parties' stipulation, the proposed motions schedule is adopted and ordered. Pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (iv).  Further, a status conference is hereby set for February 22, 2023.

Time shall be excluded up to the date of the status conference set for February 22, 2023, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 29, 2022

_____
UNITED STATES DISTRICT JUDGE