PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ANTONIO SALCIDO,<br><br>Defendant. | CASE NO. 1:21-CR-00127-ADA-BAM<br><br>STIPULATION AND ORDER TO CONTINUE MOTION BRIEFING SCHEDULE |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

**STIPULATION**

1. The defendant filed a motion to suppress on July 6, 2022. Docket No. 26. By previous order, the government's response is due January 30, 2023, with any reply from the defendant due on February 13, 2023 and a hearing on the motions on February 27, 2023.

2. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate the motion briefing schedule be continued and set as follows:

| | |
|---|---|
| Government's opposition due: | **February 20, 2023** |
| Defense reply due: | **March 6, 2023** |
| Hearing on motions | **March 20, 2023** |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties also agreed that the status conference currently set for March 8, 2023, be continued until March 22, 2023.

4. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, shall be excluded on the following bases:

   a. Counsel for defendant requires additional time to review discovery, consult with his client, conduct necessary investigation, conduct settlement negotiations, and draft the reply to the government's opposition. Counsel for defendant believes that failure to grant a continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   b. The period of delay resulting from the filing of the motion to suppress, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

   c. Further, the parties stipulate that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (iv), time shall be excluded in the interest of justice from March 8, 2023 up to March 22, 2023, to permit review of discovery, investigation, drafting and filing of motions and hearing on the motions, settlement negotiations and preparation for trial.

   d. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1  IT IS SO STIPULATED.

2

3

4  Dated:  January 30, 2023             PHILLIP A. TALBERT
                                                                                                 United States Attorney

5

6                                                                                                    /s/ ANTONIO J. PATACA
                                                                                                   ANTONIO J. PATACA
7                                                                                                    Assistant United States Attorney

8

9  Dated:  January 30, 2023             /s/ TIMOTHY P. HENNESSY
                                                                                                   TIMOTHY P. HENNESSY
10                                                                                                  Counsel for Defendant
                                                                                                 MARIO ANTONIO SALCIDO

**ORDER**

IT IS SO ORDERED that the status conference is continued from March 8, 2023, to **March 22, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161 (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (iv).  The motion briefing scheduled be continued and set as follows:

| | |
|---|---|
| Government's opposition due: | February 20, 2023 |
| Defense reply due: | March 6, 2023 |
| Hearing on motions | **March 20, 2023, at 10:00 a.m. before District Judge Ana de Alba** |

IT IS SO ORDERED.

Dated:   **January 30, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4