**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l7 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**MARIO ANTONIO SALCIDO**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00127-ADA-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA HEARING |
| **MARIO ANTONIO SALCIDO**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA DE ALBA AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

     **COMES NOW** Defendant, MARIO ANTONIO SALCIDO, by and through his attorney of record, Timothy Hennessy hereby requesting that the change of plea hearing currently set for Monday, October 2, 2023, be continued to October 10, 2023, and to exclude time between October 2, 2023, 2023, and October 10, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

     Defense counsel will be engaged in a state trial *People vs. Demetruis King BF188511A*. I have spoken to AUSA Antonio Pataca, and he has no objection to continuing the matter.

     **IT IS SO STIPULATED.**

                                   Respectfully Submitted,

DATED: September 22, 2023             */s/ Timothy Hennessy*
                               TIMOTHY HENNESSY
                               Attorney for Defendant
                               Mario Antonio Salcido

1

2    DATED: September 22, 2023                    */s/Antonio Pataca*
                                                  ANTONIO PATACA
3                                                 Assistant U.S. Attorney
4

5

6    IT IS SO ORDERED.

7        Dated:   September 22, 2023   

8                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

1
2
3
4
5
6

# **<u>ORDER</u>**

7
8
9

     IT IS SO ORDER that the change of plea hearing currently set for Monday, October 2, 2023, be continued to October 10, 2023, and that the time between October 2, 2023, 2023, and October 10, 2023, is hereby excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv).

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28