1  **HENNESSY LAW GROUP**
   Timothy P. Hennessy, State Bar No. 286317
2  l215 "L" Street
   Bakersfield, CA 93301
3  Tel: (661) 237-7179
4  Email : tph@hennessyatlaw. com

5  Attorney for:
   **MARIO ANTONIO SALCIDO**
6
                         UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00127-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **MARIO ANTONIO SALCIDO**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, BEFORE A DISTRICT JUDGE AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARIO ANTONIO SALCIDO, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday, February 12, 2023, be continued to March 18, 2023.

Defense counsel will be engaged in a federal trial *Charles Barrett 1:22-cr-00213-JAM-BAM USA v. Barrett.* I have spoken to AUSA Antonio Pataca, and he has no objection to continuing the matter.

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED: January 25, 2023                                   */s/ Timothy Hennessy*
                                                          TIMOTHY HENNESSY
                                                          Attorney for Defendant
                                                          Mario Antonio Salcido

1

|  |  |
|---|---|
| DATED: January 25, 2023 | */s/Antonio Pataca*<br>ANTONIO PATACA<br>Assistant U.S. Attorney |

## ORDER

IT IS SO ORDER that the change of plea hearing currently set for Monday, February 12, 2024, be continued to **March 18, 2024, at 8:30 a.m. before the District Court Judge.**

IT IS SO ORDERED.

Dated:   **January 25, 2024**              /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE