**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for MARIO ANTONIO SALCIDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ANTONIO SALCIDO,<br><br>Defendant. | No. 1:21-cr-00127-CRB-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

   On May 13, 2021, Mario Antonio Salcido was indicted on federal charges. Timothy Hennessy was appointed as counsel to represent Mr. Salcido on 1:21-cr-00127 CRB in his criminal case. Mr. Salcido was sentenced pursuant to a plea agreement on March 22, 2024. The time for filing a direct appeal was April 18, 2024. No direct appeal was filed. Mr. Salcido was in custody at sentencing. Having completed his representation of Mr. Salcido, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/
//
///

Should Mr. Salcido require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: April 24, 2024                    Respectfully submitted,

/s/*Timothy Hennessy*
Timothy Hennessy
Attorney for Mario Antonio Salcido

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Mario Antonio Salcido at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Mario Antonio Salcido
1544268
Fresno County Jail
Main Jail 05, 0C
1225 M Street
Fresno, CA  93721

**IT IS SO ORDERED.**

DATED:  April 25, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE